Case 7:11-cr-00629-CS   Document 216   Filed 11/26/12   Page 1 of 1

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of NY

*U.S. DISTRICT COURT FILED NOV 26 2012 D.S. S.D. OF N.Y.*

Caption:

USA v. James Hardy

Docket No.: 11 cr. 629 (CS)
Cathy Seibel
(District Court Judge)

Notice is hereby given that James Hardy appeals to the United States Court of Appeals for the Second Circuit from the judgment ___ | (other) Sentence (specify) entered in this action on _____ (date)

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction & Sentence [ ]   Other [ ]
Defendant found guilty by plea [ ]  | trial |  (N/A).
Offense occurred after November 1, 1987? Yes [✓]   No [ ]   N/A [ ]
Date of sentence: 11/16/2012   N/A [ ]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓] ] No |   | If yes, provide the following information:

Defendant's Counsel: Francisco Celedonio
Counsel's Address: 401 Broadway, Ste. 310
NY, NY 10013
Counsel's Phone: 212-219-7533

Assistant U.S. Attorney: Andrew Bauer
AUSA's Address: 1 St. Andrew's Plaza
NYC 10007
AUSA's Phone: 212-637-2200

Signature